1
2
3
4
5
6

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH AND WELFARE FUND, WESTERN GLAZIERS RETIREMENT TRUST FUND, and WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST,<br><br>Plaintiffs / Judgment Creditors,<br><br>v.<br><br>PACIFIC NORTHWEST CONTRACTORS, INC., a Washington corporation, DANIEL A. JANKANISH and JANE DOE JANKANISH, husband and wife, and the marital community comprised thereof, STEVE COOPER and JANE DOE COOPER, husband and wife, and the marital community comprised thereof,<br><br>Defendants / Judgment Debtors,<br><br>and<br><br>ALLIANCE WINDOW AND DOOR LLC,<br><br>Garnishee. | Case No.: MC13-5023BHS<br><br>ORDER TO ISSUE AND RETURN WRIT OF GARNISHMENT FOR CONTINUING LIEN ON EARNINGS |

///

ORDER TO ISSUE AND RETURN WRIT OF GARNISHMENT
(Case No.       )

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

1

IT IS ORDERED: The Plaintiffs/Judgment Creditors' request for a Writ of Garnishment directed to the ALLIANCE WINDOW AND DOOR LLC as garnishee defendant is:

[✓] Granted. The Clerk shall forthwith issue and return the Writ of Garnishment to the attorney for plaintiffs/judgment creditors, Michael A. Urban, 4270 S. Decatur Boulevard, Suite A-9, Las Vegas, NV 89103.

[ ] Denied for the following reasons:

Dated: 7/1/13

_____
U.S. District Court Judge

ORDER TO ISSUE AND RETURN WRIT OF GARNISHMENT
(Case No.   )

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

2